IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIVE REIGHN | CIVIL ACTION |
| VS. | NO.   02-3488 |
| AC&S, INC. | |

### ORDER

AND NOW, this 1st day of AUGUST, 2003, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable R. Barclay Surrick to the calendar of the Honorable Charles R. Weiner, as related to MDL 875.

FOR THE COURT:

_____
JAMES T. GILES
Chief Judge