IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIVE REIGHN | : | CIVIL ACTION |
| v. | : | |
| AC&S, INC. | : | NO. 02-3488 |

### O R D E R

AND NOW, this 13th day of December, 2005, it is

ORDERED that the above-captioned case is removed from the Civil Suspense File to the current docket, and in accordance with the court's procedure for random reassignment of cases, it is

FURTHER ORDERED that this case is reassigned from the calendar of the Honorable Charles R. Weiner to the calendar of the Honorable James T. Giles, and it is

FURTHERED ORDERED that this action is closed for statistical purposes and the matter is placed back in the Civil Suspense File.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

　s/ Michael E. Kunz　
MICHAEL E. KUNZ
Clerk of Court